

1  McGREGOR W. SCOTT
   United States Attorney
2  RUSSELL L. CARLBERG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2748

FILED

SEP 2 4 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SEALED SEIZURE WARRANT<br>IN THE MATTER OF THE SEIZURE OF<br>Seizure of<br>All funds maintained at<br>Washington Mutual Bank, N.A.,<br>account #4412174338, held in<br>the name of Loomis Wealth<br>Solutions | CR. NO. 2:08-SW-364 DAD<br><br>Application For Order Unsealing<br>Seizure Warrant; [~~Proposed~~] Order |

TO THE HONORABLE GREGORY HOLLOWS, UNITED STATES MAGISTRATE JUDGE:

COME NOW Russell L. Carlberg, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. On August 26, 2008, the Honorable United States Magistrate Judge Dale A. Drozd issued an order sealing the Application and Affidavit in Support of Seizure Warrant in the above-referenced case. Judge Drozd also signed a separate sealing order cover sheet that stated that the case was sealed. In fact, the intent was to seal only the application and affidavit in support of the warrant; the seizure warrant itself was to be publicly filed upon its return

1

by the agent.

2. On the morning of August 27, 2008, federal agents executed the seizure warrant. Approximately ten days later the agent completed the seizure warrant return.

THEREFORE, your petitioner prays that the search warrant be unsealed and made part of the public record, but that the application and affidavit in support of the warrant remain under seal for the reasons stated in the original sealing order.

Dated: September 24, 2008

Respectfully submitted,

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

by: /s/ Russell L. Carlberg
RUSSELL L. CARLBERG
Assistant U.S. Attorney

[~~PROPOSED~~] ORDER

THE COURT HEREBY ORDERS that the Seizure Warrant in Case No. 2:08-SW-364 DAD be unsealed and made part of the public record. The Application and Affidavit in Support of the Seizure Warrant shall remain under seal absent further order of the Court.

DATED: Sept. 24, 2008

/s/ Gregory G. Hollows
GREGORY G. HOLLOWS
HON. GREGORY HOLLOWS
United States Magistrate Judge

2