1 | BENJAMIN B. WAGNER
United States Attorney
2 | TODD D. LERAS
PAUL A. HEMESATH
3 | Assistant United States Attorneys
501 I Street, Suite 10-100
4 | Sacramento, CA 95814
Telephone: (916) 554-2700
5 | Facsimile:  (916) 554-2900

6

Attorneys for Plaintiff
7 | United States of America

8

IN THE UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

**IN RE: SEARCHES OF:**
12

1.  2424 PROFESSIONAL DRIVE,
13 |    ROSEVILLE, CA 95661

14 | 2.  7915 SHELBORNE DRIVE,
        GRANITE, CA 95746

15 | 3.  LAWRENCE LELAND "LEE"
16 |    LOOMIS

17 | **IN RE: SEIZURES OF:**

18 | 1.  WASHINGTON MUTUAL BANK
        ACCOUNT #4420842802

19 | 2.  WASHINGTON MUTUAL BANK
20 |    ACCOUNT #4412174338

CR CASE NOS.   S-08-SW-361 DAD
                         S-08-SW-362 DAD
CIV CASE NOS. S-08-SW-363 DAD
                         S-08-SW-364 DAD

[PROPOSED] ORDER TO UNSEAL AFFIDAVIT
IN SUPPORT OF SEARCH WARRANTS

21

22 | Upon request of the United States of America and good cause having been shown,

23 | / / /

24 | / / /

25 | / / /

26 | / / /

27 | / / /

28 | / / /

[PROPOSED] ORDER TO UNSEAL
AFFIDAVIT

1

1

2        IT IS HEREBY ORDERED that the Affidavit of FBI Special Agent Kathleen Nicolls in support

3   thereof in the above-captioned proceedings be and are hereby unsealed.

4

5   Date: February 8 , 2013

                                      EDMUND F. BRENNAN
6                                     United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

    [PROPOSED] ORDER TO UNSEAL        2
    AFFIDAVIT